# ELECTRONIC RECORD

COA #   05-13-00969-CR                          OFFENSE:   OTHER CRIMINAL

STYLE:   Paul Harvey Andrews v. The State of Texas          COUNTY:   Dallas

COA DISPOSITION:   AFFIRM                        TRIAL COURT:   283rd Judicial District Court

DATE: 10/10/2014               Publish: NO   TC CASE #:   F-11-49282-T

## IN THE COURT OF CRIMINAL APPEALS

STYLE:   Paul Harvey Andrews v. The State of Texas          CCA #:   1500-14

_____APPELLANT'S_____ Petition                  CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:             DATE: _____

_____REFUSED_____                               JUDGE: _____

DATE: _02/25/2015_                              SIGNED: _____        PC: _____

JUDGE: _Per Curiam_                             PUBLISH: _____       DNP: _____

-------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**